**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| UNITED STATES OF AMERICA<br>DEPARTMENT OF JUSTICE,<br><br>v.<br><br>CORNELL R. YOUNG,<br><br>Defendant. | Civil Action No. 07-1561<br>DAR |

**FILED**

APR 2 5 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

**O R D E R**

The complaint in this case was filed in accordance with the Federal Debt Collection

Procedure Act, 28 U.S.C. §§ 3001-3308, to collect a debt that defendant allegedly owes the

United States. The docket in this case reflects that the plaintiff failed to serve the defendant with

the complaint and summons within 120 days after the complaint was filed in accordance with 28

U.S.C. § 3004 and Federal Rule of Civil Procedure 4(m), and did not seek leave of the court prior

to the reissuance of the summons after the expiration of the 120-day period. This case therefore

will be dismissed without prejudice.

It is, on this 25th day of April, 2008,

**SO ORDERED**.

DEBORAH A. ROBINSON
United States Magistrate Judge